716

## (November 17, 1969)

■ JULIA CUNNINGHAM, Respondent, v. GEORGE CUNNINGHAM, Appellant.— MEMORANDUM BY THE COURT. Order reversed, on the law and the facts, and matter remittted to Special Term for a hearing, without costs. The moving papers are insufficient to dispose of the issues raised. Stay continued pending a determination of the motion at Special Term. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur in memorandum by the court.

## (November 19, 1969)

■ In the Matter of NEWTON J. HERRICK, JR.— MEMORANDUM BY THE COURT. Application granted, and petitioner reinstated as an attorney and counselor at law in good standing in the State of New York. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.